IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN DIVISION_____ DIVISION

ANTHONY BOYD
_____,  )
                                      )
        Plaintiff,                    )
                                      )
v.                                    ) CASE NO. _____
                                      )
JOHN Q. HAMM, Commissioner, et.al.    )
_____,  )
                                      )
        Defendants,                   )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __ANTHONY BOYD_____, a  Plaintiff   in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party
N/A
_____             _____

_____             _____

_____             _____

_____             _____

_____                                 /s/ Matthew C. Moschella
   Date                                     (Signature)

                                            Matthew C. Moschella
                                            (Counsel's Name)

                                            ANTHONY BOYD
                                            Counsel for (print names of all parties)
                                            Sherin and Lodgen, LLP
                                            One Licoln Street, 14th Floor
                                            Address, City, State Zip Code
                                            Boston, MA 02111 (617) 646-2000
                                            Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**CERTIFICATE OF SERVICE**

I, MATTHEW C. MOSCHELLA, do hereby Certify that a true and correct copy of the foregoing has been furnished by CMF/ECF System and/or US Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 16th day of July 2025, to:

John Q. Hamm, in his official capacity as Commissioner, Alabama Dept. of Corr.

Terry Rayborn, in his official capacity as Warden, Holman Correctional Facility

Alabama Department of Corrections

Steven Marshall, in his official capacity as Attorney General of the State of Alabama

7/16/2025
Date

/s/ Matthew S. Mochella
Signature