IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ANTHONY BOYD,
    Plaintiff,

v.

JOHN Q. HAMM, Commissioner,
Alabama Department of Corrections,

TERRY RAYBON, Warden,
Holmon Correctional Facility,

ALABAMA DEPARTMENT OF CORRECTIONS,
an
Administrative Department of the State of Alabama,
and

STEVEN MARSHALL, Attorney General,
State of Alabama,

    Defendants.

Case No. _____

CAPITAL CASE

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LR 83.1(b), please enter my appearance *pro hac vice* on behalf of plaintiff Anthony Boyd. The Court should allow this Motion because:

1. I reside, and regularly practice law, in Massachusetts. I am admitted to the United States District Court for the District of Massachusetts and the Massachusetts Supreme Judicial Court;

2. I am in good standing with both of these bars and have attached herewith a Certificate of Good Standing from the United States District Court for the District of Massachusetts;

3. I have paid herewith the fee required for admission under LR 83.1(b); and

4. I submit this Motion contemporaneously with the Complaint in this case.

Respectfully submitted,

ANTHONY BOYD

By his attorneys,

_____
Matthew C. Moschella (BBO #652885)
SHERIN AND LODGEN LLP
One Lincoln Street, 14th Floor
Boston, Massachusetts 02111
(617) 646-2000
mcmoschella@sherin.com

Dated: July 16, 2025

## UNITED STATES DISTRICT COURT
### District of Massachusetts

**CERTIFICATE OF**

**GOOD STANDING**

*I, Robert M. Farrell, Clerk of this Court,*

*certify that* **Matthew C Moschella**, *Bar* **653885**,

*was duly admitted to practice in this Court on*

**April 29, 2003**, *and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Boston, Massachusetts on* **July 10, 2025**



*Robert M. Farrell*

**CLERK**