# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

| | |
|---|---|
| ANTHONY TODD BOYD, | |
| PLAINTIFF, | |
| V. | |
| JOHN Q. HAMM, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, | |
| TERRY RAYBON, WARDEN, HOLDMAN CORRECTIONAL FACILITY, | CASE NO.: 2:25-CV-00529-ECM-JTA |
| STEVEN MARSHALL, ATTORNEY GENERAL, STATE OF ALABAMA, AND | CAPITAL CASE |
| KAY IVEY, GOVERNOR, STATE OF ALABAMA. | |
| DEFENDANTS. | |

**AFFIDAVIT OF MATTHEW C. MOSCHELLA IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Matthew C. Moschella, do depose and state as follows:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts, a partner of the law firm of Sherin and Lodgen LLP, and am lead counsel for the Plaintiff Anthony Todd Boyd ("Mr. Boyd").

2. I submit this Affidavit in support of Mr. Boyd's Motion for Preliminary Injunction.

3. Attached hereto as **Tab A** is a true and accurate copy of an internet article authored by Abigail Brooks and Erik Ortiz of NBC News, titled Alabama AG

4918-4295-6886.v1

Calls First Nitrogen Gas Execution 'Textbook,' but Witnesses Say Inmate Thrashed in Final Moments, dated January 26, 2024.

4.     Attached hereto as **Tab B** is a true and accurate copy of an internet article authored by Marty Roney of Montgomery Advertiser titled, Nitrogen Gas Execution: Kenneth Smith Convulses for Four Minutes in Alabama Death Chamber, dated January 25, 2024.

5.     Attached hereto as **Tab C** is a true and accurate copy of an internet article authored by Lee Hedgepeth of Tread by Lee titled, 'Never Alone': The Suffocation of Kenneth Eugene Smith, dated January 26, 2024.

6.     Attached hereto as **Tab D** is a true and accurate copy of an internet article authored by Kim Chandler of the Associated Press titled, Alabama Puts Man Convicted of Killing 3 to Death in the Country's Second Nitrogen Gas Execution, dated September 26, 2024.

7.     Attached hereto as **Tab E** is a true and accurate copy of an internet article authored by Ivana Hrynkiw of AdvanceLocal titled, Alabama Inmate Alan Miller Executed with Nitrogen Gas Thursday for 1999 Shootings, dated September 26, 2024.

8.     Attached hereto as **Tab F** is a true and accurate copy of an internet article authored by Marty Roney of Montgomery Advertiser titled, Alabama Executes Carey Dale Grayson by Nitrogen Gas for Brutal 1999 Murder, dated November 21, 2024.

4918-4295-6886.v1

9. Attached hereto as **Tab G** is a true and accurate copy of an internet article authored by Sarah Clifton of Montgomery Advertiser titled, <u>Alabama Executes Demetrius Frazier by Nitrogen Gas for 1991 Murder</u>, dated February 6, 2025.

10. Attached hereto as **Tab H** is a true and accurate copy of an internet article authored by Kim Chandler of the Associated Press titled, <u>Alabama Puts Man to Death for a 1991 Murder in the Nation's Fourth Execution Using Nitrogen Gas</u>, dated February 6, 2025.

11. Attached hereto as **Tab I** is a true and accurate copy of an internet article authored by Ivana Hrynkiw of AdvanceLocal titled, <u>Alabama Inmate Demetrius Frazier Executed by Nitrogen Gas for 1991 Birmingham Slaying: 'Let's Go'</u>, dated February 6, 2025.

12. Attached hereto as **Tab J** is a true and accurate copy of an internet article authored by Alex Gladden of Montgomery Advertiser titled, <u>Alabama Executes Gregory Hunt for 1988 Murder of Karen Lane</u>, dated June 10, 2025.

13. Attached hereto as **Tab K** is a true and accurate copy of an internet article authored Bill Quigley of Common Dreams titled, <u>The Final Hours of Jessie Hoffman, Murdered by the State of Louisiana</u>, dated March 20, 2025.

Signed under the pains and penalties of perjury this 18th of July, 2025

/s/ Matthew C. Moschella<br>
Matthew C. Moschella

4918-4295-6886.v1