IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ANTHONY BOYD,
    Plaintiff,

v.

JOHN Q. HAMM, Commissioner,
Alabama Department of Corrections, in his
official capacity,

TERRY RAYBON, Warden,
Holman Correctional Facility, in his official
capacity,

ALABAMA DEPARTMENT OF CORRECTIONS,
an
Administrative Department of the State of
Alabama, and

STEVEN MARSHALL, Attorney General,
State of Alabama, in his official capacity,

    Defendants.

Case No. 2:25-cv-00529-ECM-JTA

CAPITAL CASE

## MOTION FOR EVIDENTIARY HEARING

Plaintiff Anthony Boyd moves the Court for an evidentiary hearing on his Motion for Preliminary Injunction (ECF No. 11).

Respectfully submitted this 18th day of July 2025.

                                 /s/ *Matthew C. Moschella*
                                 Matthew C. Moschella (Massachusetts BBO #652885)
                                 (Admitted Pro hac vice)
                                 John C. La Liberte (Massachusetts BBO #556046)
                                 (Admitted Pro hac vice)

|  |  |
|---|---|
|  | David A. Michel (Massachusetts BBO #682122) |
|  | (*Pro hac vice* admission pending) |
|  | SHERIN AND LODGEN LLP |
|  | One Lincoln Street, 14th Floor |
|  | Boston, Massachusetts 02111 |
|  | mcmoschella@sherin.com |
|  | jclaliberte@sherin.com |
|  | damichel@sherin.com |
| Dated: July 18, 2025 | (617) 646-2000 |

## CERTIFICATE OF SERVICE

This Motion for Evidentiary Hearing was filed, via the CM/ECF system, on July 18, 2025, which will cause all counsel of record to receive an electronic copy.

*/s/ Matthew C. Moschella*
Matthew C. Moschella

4938-5622-3318.v1