IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY TODD BOYD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN Q. HAMM, Commissioner, )<br>Alabama Department of Corrections, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:25-cv-529-ECM |

**O R D E R**

Now pending before the Court are Plaintiff Anthony Todd Boyd's ("Boyd") motion for preliminary injunction (doc. 11) and motion for evidentiary hearing (doc. 13) filed on July 18, 2025. Upon consideration of the motions, and for good cause, it is

ORDERED as follows:

1. The Defendants shall file a response to Boyd's motion for preliminary injunction **on or before August 8, 2025**;

2. Boyd shall file a reply **on or before August 18, 2025**;

3. Boyd's motion for evidentiary hearing (doc. 13) is GRANTED, and an evidentiary hearing on the motion for preliminary injunction is SET for **September 4, 2025 at 9:30 a.m. CT** in **Courtroom 2A**, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk of the Court is DIRECTED to provide a court reporter.

4. The parties shall file Witness and Exhibit lists **on or before 5:00 p.m. CT**

**on September 2, 2025**.

DONE this 21st day of July, 2025.

                                        /s/ Emily C. Marks
                                  EMILY C. MARKS
                                  CHIEF UNITED STATES DISTRICT JUDGE