IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ANTHONY BOYD,<br>    Plaintiff,<br><br>v.<br><br>JOHN Q. HAMM, Commissioner,<br>Alabama Department of Corrections, in his official capacity,<br><br>TERRY RAYBON, Warden,<br>Holman Correctional Facility, in his official capacity,<br><br>ALABAMA DEPARTMENT OF CORRECTIONS,<br>an Administrative Department of the State of Alabama, and<br><br>STEVEN MARSHALL, Attorney General,<br>State of Alabama, in his official capacity,<br><br>    Defendants. | Case No. 2:25-cv-00529-ECM-JTA<br><br>CAPITAL CASE |

**STIPULATION CONCERNING SERVICE OF PROCESS**

All parties (plaintiff Anthony Boyd and defendants John Q. Hamm, Terry Raybon, Alabama Department of Corrections, and Steven Marshall) hereby stipulate and agree that, on July 24, 2025, the undersigned counsel for the defendants has accepted service of the Summons and Complaint for each defendant (John Q. Hamm, Terry Raybon, Alabama Department of Corrections, and Steven Marshall).

4938-0720-6231.v1

- 2 -

| | |
|---|---|
| ANTHONY BOYD | JOHN Q. HAMM, |
| | TERRY RAYBON, |
| By his attorneys, | ALABAMA DEPARTMENT OF |
| | CORRECTIONS, and |
| | STEVEN MARSHALL |
| | |
| | By their attorneys, |
| | |
| /s/ Matthew C. Moschella | /s/ Lauren A. Simpson |
| Matthew C. Moschella | Lauren A. Simpson |
| (Admitted *Pro Hac Vice*) | Polly S. Kenny |
| John C. La Liberte | Office of the Attorney General |
| (Admitted *Pro Hac Vice*) | 501 Washington Avenue |
| David A. Michel | Montgomery, Alabama 36130 |
| (Admitted *Pro Hac Vice*) | lauren.simpson@alabamaag.gov |
| SHERIN AND LODGEN LLP | Polly.Kenny@Alabamaag.gov |
| One Lincoln Street, 14th Floor | (334) 353-9218 |
| Boston, Massachusetts 02111 | |
| mcmoschella@sherin.com | |
| jclaliberte@sherin.com | |
| damichel@sherin.com | |
| (617) 646-2000 | |

Dated:   July 24, 2025

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date specified below.

Dated: 7/24/25                                                 /s/ Matthew C. Moschella
                                                                              Matthew C. Moschella

4938-0720-6231.v1