# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ANTHONY BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:25-cv-00529-ECM-JTA |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| TERRY RAYBON, Warden, Holman | ) |
| Correctional Facility, | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, an Administrative | ) |
| Department of the State of Alabama, | ) |
| STEVEN MARSHALL, Attorney | ) |
| General, State of Alabama. | ) |
| | ) |
| Defendants. | ) |

## **NOTICE OF APPEARANCE**

Robert M. Overing enters his appearance as counsel for the Defendants.

Respectfully submitted,

Steve Marshall
*Attorney General*

s/ Robert M. Overing
Robert M. Overing
*Deputy Solicitor General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: **David Aaron Michel, John C. La Liberta and Matthew C. Moschella.**

s/ Robert M. Overing
Robert M. Overing
*Deputy Solicitor General*

OF COUNSEL:

OFFICE OF THE ALABAMA ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL  36130
Office (334) 242.7300
Fax (334) 353-8400
Robert.Overing@AlabamaAG.gov