IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:25-cv-529-ECM |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the parties' stipulation (doc. 32), which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action against Defendants Alabama Department of Corrections and Steven Marshall has been DISMISSED without prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The action against Defendants John Q. Hamm and Terry Raybon remains pending.

DONE this 25th day of August, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE