IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY BOYD,<br>    Plaintiff,<br><br>v.<br><br>JOHN Q. HAMM, Commissioner,<br>Alabama Department of Corrections, in his<br>official capacity,<br><br>TERRY RAYBON, Warden,<br>Holman Correctional Facility, in his official<br>capacity,<br><br>ALABAMA DEPARTMENT OF<br>CORRECTIONS, an Administrative<br>Department of the State of Alabama, and<br><br>STEVEN MARSHALL, Attorney General,<br>State of Alabama, in his official capacity,<br><br>    Defendants. | Case No. 2:25-cv-00529-ECM-JTA<br><br>CAPITAL CASE |

### PLAINTIFF'S UNOPPOSED MOTION FOR ORDER TRANSPORTING ANTHONY BOYD TO THE FRANKLIN M. JOHNSON, JR. U.S. COURTHOUSE AND FOR COUNSEL'S REASONABLE ACCESS TO MR. BOYD

Plaintiff Anthony Boyd respectfully requests this Court order defendants to transport Mr. Boyd from the William C. Holman Correctional Facility ("Holman") to the Frank M. Johnson, Jr. U.S. Courthouse ("Courthouse") located at One Church Street, Montgomery, Alabama to attend the evidentiary hearing in this matter scheduled to begin at 9:30 a.m. (CDT) on Thursday, September 4, 2025. While at the Courthouse, Mr. Boyd will need reasonable access to his counsel prior to, during, and after the hearing to discuss case strategy.

Defendants do not oppose this motion.

WHEREFORE, Mr. Boyd respectfully requests this Court enter an order that he be transported from Holman to the Courthouse, to arrive by 8:30 a.m. (CDT) on Thursday, September 4, 2025, and remain at the Courthouse for the duration of his hearing, including an additional reasonable time after the conclusion of the hearing so Mr. Boyd can discuss case strategy with his counsel.  Mr. Boyd further requests this Court's order state that he shall have reasonable access to meet with his counsel prior to and during the hearing.

                  Respectfully submitted,

                  ANTHONY BOYD,

                  By his attorneys,

/s/ Matthew C. Moschella
Matthew C. Moschella
(Admitted *Pro Hac Vice*)
John C. La Liberte
(Admitted *Pro Hac Vice*)
David A. Michel
(Admitted *Pro Hac Vice*)
Eyal Schwartz
(Admitted *Pro Hac Vice*)
Noel Y. Cho-Carr
(Admitted *Pro Hac Vice*)
SHERIN AND LODGEN LLP
One Lincoln Street, 14th Floor
Boston, Massachusetts 02111
mcmoschella@sherin.com
jclaliberte@sherin.com
damichel@sherin.com
eschwartz@sherin.com
nycho-carr@sherin.com

Dated: August 27, 2025                (617) 646-2000

- 3 -

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date specified below.

Dated: 8/27/25 /s/ Matthew C. Moschella
Matthew C. Moschella

4900-7891-5169.v1