**SUBJECT TO IMPOUNDMENT ORDER**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

**ANTHONY BOYD,**
    Plaintiff,

v.

**JOHN Q. HAMM, Commissioner,**
Alabama Department of Corrections, in his official capacity,

**TERRY RAYBON, Warden,**
Holman Correctional Facility, in his official capacity,

**ALABAMA DEPARTMENT OF CORRECTIONS,**
an Administrative Department of the State of Alabama, and

**STEVEN MARSHALL, Attorney General,**
State of Alabama, in his official capacity,

    Defendants.

Case No. 2:25-cv-00529-ECM-JTA

**CAPITAL CASE**

## DECLARATION OF COUNSEL IN OPPOSITION TO MOTION TO QUASH

I, Matthew C. Moschella, state and depose as follows:

I am a partner at the firm of Sherin and Lodgen LLP, One Lincoln Street, 14th Floor, Boston, Massachusetts 02111. I am counsel for plaintiff Anthony Boyd ("Mr. Boyd") in the above-captioned matter.

1. Attached as <u>Exhibit 1</u> is a true and accurate copy of an article by Marty Roney entitled, "Alabama Executes Alan Eugene Miller with Nitrogen Gas" dated September 26, 2024.

2. Attached as <u>Exhibit 2</u> is a true and accurate copy of certain excerpts of the complete official transcript of the August 25, 2025 Fed. R. Civ. P. 30(b)(6) deposition of the Alabama Department of Corrections (the "ADOC"), which designated Cynthia Stewart-Riley to

**SUBJECT TO IMPOUNDMENT ORDER**

- 2 -

testify on the deposition Topics (the "ADOC Deposition"). **This exhibit is subject to a pending motion to file under seal.**

   3. Attached as Exhibit 3 is a true and accurate copy of the ADOC's Duty Post Log for Kenneth Smith (which is Exhibit 6 to the ADOC Deposition). **This exhibit is subject to a pending motion to file under seal.**

   4. Attached as Exhibit 4 is a true and accurate copy of the ADOC's Duty Post Log for Alan Eugene Miller (which is Exhibit 11 to the ADOC Deposition). **This exhibit is subject to a pending motion to file under seal.**

   5. Attached as Exhibit 5 is a true and accurate copy of the ADOC's Duty Post Log for Carey Dale Grayson (which is Exhibit 15 to the ADOC Deposition). **This exhibit is subject to a pending motion to file under seal.**

   6. Attached as Exhibit 6 is a true and accurate copy of the ADOC's Duty Post Log for Demetrius Frazier (which is Exhibit 18 to the ADOC Deposition). **This exhibit is subject to a pending motion to file under seal.**

   7. Attached as Exhibit 7 is a true and accurate copy of the ADOC's Duty Post Log for Gregory Hunt (which is Exhibit 22 to the ADOC Deposition). **This exhibit is subject to a pending motion to file under seal.**

   Signed under penalty of perjury this 1st day of September, 2025.

      /s/ Matthew C. Moschella
      Matthew C. Moschella

- 3 -

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date specified below.

| | |
|---|---|
| Dated: <u>September 1, 2025</u> | <u>/s/ Matthew C. Moschella</u><br>Matthew C. Moschella |