NON-PUBLIC FILING

# Exhibit 3

SUBJECT TO PENDING MOTION TO SEAL