NON-PUBLIC FILING

# Exhibit 4

SUBJECT TO PENDING MOTION TO SEAL