NON-PUBLIC FILING

# Exhibit 5

SUBJECT TO PENDING MOTION TO SEAL