NON-PUBLIC FILING

# Exhibit 6