NON-PUBLIC FILING

# Exhibit 7

SUBJECT TO PENDING MOTION TO SEAL