IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY BOYD,<br>    Plaintiff,<br><br>v.<br><br>JOHN Q. HAMM, Commissioner,<br>Alabama Department of Corrections, in his official capacity,<br><br>TERRY RAYBON, Warden,<br>Holman Correctional Facility, in his official capacity,<br><br>ALABAMA DEPARTMENT OF CORRECTIONS,<br>an Administrative Department of the State of Alabama, and<br><br>STEVEN MARSHALL, Attorney General,<br>State of Alabama, in his official capacity,<br><br>    Defendants. | Case No. 2:25-cv-00529-ECM<br><br>CAPITAL CASE |

### ANTHONY BOYD'S WITNESS LIST FOR
### THE SEPTEMBER 4, 2025, EVIDENTIARY HEARING

Anthony Boyd currently anticipates calling some or all of the following witnesses to testify at the September 4, 2025, evidentiary hearing.

1. Robert Grass
   Senior Attorney
   Arnold & Porter Kaye Scholer LLP
   250 West 55th Street,
   New York, NY 10019
   (212) 836-8064

2. Deanna Smith
   Wife of Kenneth Smith

3. Mara Klebaner (via video conference)
   Associate Attorney
   Barack Ferrazzano Kirschbaum & Nagelberg LLP

4935-6989-0402.v4

- 2 -

      200 West Madison Street
      Suite 3900
      Chicago, IL 60606
      (312) 629-7479

4. Matt Schulz
   Attorney
   Federal Defenders for the Middle District of Alabama
   817 South Court Street
   Montgomery, AL 36104
   (334) 834-2099

5. Brian G. McAlary, MD, CHCQM
   Locum Tenens Anesthesia
   Virginia
   bgmcalarymd@gmail.com

6. Philip E Bickler MD PhD
   Professor, Step 9
   Anesthesia & Perioperative Care
   School of Medicine
   University of California, San Francisco
   513 Parnassus Ave,
   San Francisco, CA 94143
   (415) 476-1411

7. Carly Zapata, MD, MPH
   Associate Professor
   Division of Palliative Medicine
   University of California, San Francisco
   513 Parnassus Ave,
   San Francisco, CA 94143
   (415) 514-1966

8. James Stuart Williams MD (via video conference)
   Emergency Department Medical Director and Emergency Department Physician
   Reagan Memorial Hospital
   1300 N Main Ave
   Big Lake, Tx 76932
   (325) 884-3743

9. Cynthia Riley-Stewart
   Regional Director of the Alabama Department of Corrections

- 3 -

10. Alex Gladden
    Reporter, Montgomery Advertiser
    Alabama

11. Sara Clifton
    Reporter, Montgomery Advertiser
    Alabama

12. Marty Roney
    Reporter, Montgomery Advertiser
    Alabama

13. Ralph Chapoco
    Senior Reporter, Alabama Reflector
    Alabama

14. The Following Statutory Media Witnesses to Prior Executions Are Subject To Subpoenas and Have Objected on Privilege Grounds and Submitted Affidavits in Lieu of Live Testimony And Are Not Expected To Testify In Person Unless The Court Finds the Affidavits Insufficient (Subject to Them Attempting To Assert Privileges):

    A. Lauren Layton
    Journalist and Anchor, WHNT19
    Alabama

    B. Kim Chandler
    Reporter, Associated Press
    Montgomery, Alabama

    C. Kent Faulk
    Editor for Huntsville and Mobile news, AL.Com
    Alabama

    D. Ivana Hrynkiw
    Journalist, AL.Com
    Alabama

    E. Taylor Pollock (Affidavit Authenticating Article Executed by Shannon Maze, WBRC News Director.
    Breaking News Reporter/MMJ, WBRC 6 News
    Alabama

Mr. Boyd reserves the right to call any witness listed by defendants as if included on this list, and incorporates such witness list herein.  Mr. Boyd reserves the right to amend and supplement this witness list prior to the hearing, should it become necessary.  Mr. Boyd further reserves the right to call additional witnesses for impeachment or rebuttal if necessary.

ANTHONY BOYD,

By his attorneys,

*/s/ Matthew C. Moschella*
Matthew C. Moschella
(Admitted *Pro Hac Vice*)
John C. La Liberte
(Admitted *Pro Hac Vice*)
David A. Michel
(Admitted *Pro Hac Vice*)
Eyal Schwartz
(Admitted *Pro Hac Vice*)
Noel Y. Cho-Carr
(Admitted *Pro Hac Vice*)
SHERIN AND LODGEN LLP
One Lincoln Street, 14th Floor
Boston, Massachusetts 02111
mcmoschella@sherin.com
jclaliberte@sherin.com
damichel@sherin.com
eschwartz@sherin.com
nycho-carr@sherin.com
(617) 646-2000

Dated: September 2, 2025

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date specified below.

Dated: 9/2/25                               */s/ Matthew C. Moschella*
                                            Matthew C. Moschella

- 4 -

4935-6989-0402.v4