# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY TODD BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-529-ECM |
| | ) | |
| JOHN Q. HAMM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' WITNESS LIST

Pursuant to the Court's order of July 21, 2025 (Doc. 19), Defendants provide the following list of potential witnesses for the September 4 hearing.

1. Joseph F. Antognini, M.D., M.B.A.
   Expanesthetics, Inc.
   University Research Park
   1450 Drew Avenue, Suite 100
   Davis, CA 95618
   jfantognini@icloud.com

2. Commissioner John Hamm
   Alabama Department of Corrections
   301 S. Ripley Street
   P.O. Box 301501
   Montgomery, AL 36130-1501
   (334) 353-3883

3. Warden Terry Raybon
   Alabama Department of Corrections
   Holman Correctional Facility
   866 Ross Road
   Atmore, AL 36502
   (251) 368-8173

4.    Warden Brandon McKenzie
      Alabama Department of Corrections
      Fountain Correctional Facility
      9677 Highway 21 N.
      Atmore, AL 36503
      (251) 368-8122

5.    Captain Fitzgerald Clemons
      Alabama Department of Corrections
      Bibb Correctional Facility
      565 Bibb Lane
      Brent, AL 35034
      (205) 926-5252

6.    Regional Director Cynthia Stewart-Riley
      Alabama Department of Corrections
      301 S. Ripley Street
      P.O. Box 301501
      Montgomery, AL 36130-1501
      (334) 353-3883

7.    Director of Medical Services QA Policy Jason Grindle
      Alabama Department of Corrections
      301 S. Ripley Street
      P.O. Box 301501
      Montgomery, AL 36130-1501
      (334) 353-3883

8.    Anthony Boyd
      Z578
      Holman Correctional Facility
      866 Ross Road
      Atmore, AL 36502

Defendants reserve the right to call any witness listed by Plaintiff as if included on this list. Defendants further reserve the right to call additional witnesses for impeachment or rebuttal if necessary.

Respectfully submitted,

Steve Marshall
*Attorney General*

**<u>/s/ Polly S. Kenny</u>**
Polly S. Kenny
*Assistant Attorney General*

Robert M. Overing
*Deputy Solicitor General*

Dylan L. Mauldin
*Assistant Solicitor General*

Lauren A. Simpson
*Deputy Attorney General*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following: **Matthew C. Moschella, John C. La Liberte, David A. Michel, Noel Y. Cho-Carr,** and **Eyal Schwartz.**

/s/ *Polly S. Kenny*
Polly S. Kenny
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Polly.Kenny@AlabamaAG.gov