**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**ANTHONY BOYD,**

      **Plaintiff,**

**v.**

**JOHN Q. HAMM, Commissioner,**
**Alabama Department of Corrections, in his official**
**capacity,**

**TERRY RAYBON, Warden,**
**Holman Correctional Facility, in his official capacity,**

**ALABAMA DEPARTMENT OF CORRECTIONS,**
**an Administrative Department of the State of**
**Alabama, and**

**STEVEN MARSHALL, Attorney General,**
**State of Alabama, in his official capacity,**

      **Defendants.**

**Case No. 2:25-cv-00529-ECM-JTA**

**CAPITAL CASE**

**[EXECUTION SCHEDULED FOR**
**OCTOBER 23, 2025]**

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Anthony Boyd appeals from the Memorandum

Opinion and Order (Doc. No. 104) which was entered on October 9, 2025 denying Mr. Boyd's

Motion for Preliminary Injunction (Doc. No. 11).

- 2 -

ANTHONY BOYD,

By his attorneys,

*/s/ Matthew C. Moschella*
Matthew C. Moschella
(Admitted *Pro Hac Vice*)
John C. La Liberte
(Admitted *Pro Hac Vice*)
David A. Michel
(Admitted *Pro Hac Vice*)
Eyal Schwartz
(Admitted *Pro Hac Vice*)
Noel Y. Cho-Carr
(Admitted *Pro Hac Vice*)
Daniel S. Guenther
(Admitted *Pro Hac Vice*)
SHERIN AND LODGEN LLP
One Lincoln Street, 14th Floor
Boston, Massachusetts 02111
mcmoschella@sherin.com
jclaliberte@sherin.com
damichel@sherin.com
eschwartz@sherin.com

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the

registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies

will be sent to those indicated as non-registered participants on the date specified below

Dated: October 9, 2025                    */s/ Matthew C. Moschella*
                                          Matthew C. Moschella

- 2 -

4899-3151-1151.v1